Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of

Division

|  |  |
|---|---|
| J and L Vision Homes Inc-Jennifer Astrid Luna | Case No.   2:25-cv-978-KCD-DNF |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | *(to be filled in by the Clerk's Office)* |
| **-v-** | Jury Trial: *(check one)*   ☐ Yes   ☒ No |
| Bluewater Septic Inc- Laura Nunez | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

*Plaintiff(s)*

*Defendant(s)*

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | J and L Vision Homes Inc |
| Street Address | 14910 Fells Lane |
| City and County | OrlandoOrange County |
| State and Zip Code | Florida, 32827 |
| Telephone Number | 4074550340 |
| E-mail Address | jluna@jlvisionhomes.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.**    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Laura Nunez |
| Job or Title *(if known)* | President |
| Street Address | 1418 Gerald Ave |
| City and County | Lehigh acres- Lee County |
| State and Zip Code | Florida-33972 |
| Telephone Number | 239-223-4788 |
| E-mail Address *(if known)* | bluewaterseptic@gmail.com |

Defendant No. 2

| | |
|---|---|
| Name | Bluewater Septic,Inc |
| Job or Title *(if known)* | |
| Street Address | 1418 Gerald Ave |
| City and County | Lehigh acres-Lee County |
| State and Zip Code | Florida-33972 |
| Telephone Number | 239-244-5659 |
| E-mail Address *(if known)* | bluewaterseptic@gmail.com |

Defendant No. 3

| | |
|---|---|
| Name | Lorenza Valdes Obdulia |
| Job or Title *(if known)* | |
| Street Address | 1418 Gerald Ave |
| City and County | Lehigh acres, Lee County |
| State and Zip Code | Florida, 33972 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)* _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question                ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Jennifer Astrid Luna _____, is a citizen of the State of *(name)* Florida _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* J and L Vision Homes Inc _____, is incorporated under the laws of the State of *(name)* Florida _____,

and has its principal place of business in the State of *(name)*

Florida _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*   Laura Nunez     , is a citizen of
the State of *(name)*   Florida     . Or is a citizen of
*(foreign nation)* _____ .

   b.    If the defendant is a corporation

The defendant, *(name)*   Bluewater Septic Inc     , is incorporated under
the laws of the State of *(name)*   Florida     , and has its
principal place of business in the State of *(name)*   Florida     .
Or is incorporated under the laws of *(foreign nation)* _____ ,
and has its principal place of business in *(name)*   Orlando,Fl     .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

  3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Bluewater Septic final judgement amount awarded to Jand L Vision Homes Inc is for the amount of : $200,372.85.

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Bluewater Septic Inc., owned and operated by Laura Nuñez, was contracted by J & L Vision Homes Inc., represented by Jennifer Astrid Luna, to perform septic system labor, provide all necessary materials, and clear construction lots.
J & L Vision Homes Inc. paid Bluewater Septic Inc. in advance for the agreed services and materials. However, Bluewater Septic Inc. failed to perform the contracted work, deliver any materials, or refund the payment for the services that were never rendered.

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

This statement is submitted regarding the ongoing matter with Bluewater Septic Inc., owned and operated by Laura Nuñez. Despite the final judgment rendered in our favor for the amount of $200,372.85, Bluewater Septic Inc. has continuously failed to fulfill their legal and financial responsibilities to satisfy this judgment.
As a result of their refusal to comply, we have been forced to incur additional attorney's fees and court costs in our efforts to recover the awarded amount.
We respectfully request authorization from the Court to enforce the judgment by proceeding with the sale of the property located at 1418 Gerald Avenue, Lehigh Acres, Florida 33972, which was previously used as the primary business location for Bluewater Septic Inc.
Our only objective is to recover the funds lawfully established by the final judgment, and we seek the Court's assistance in ensuring that justice is carried out accordingly.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          10/28/2025

Signature of Plaintiff

Printed Name of Plaintiff          Jennifer Astrid Luna

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

## IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
## IN AND FOR LEE COUNTY, FLORIDA

**Honorable Judge Michael McHugh**
Lee County Justice Center
1700 Monroe Street
Fort Myers, FL 33901

**RE:** Case No. 23-CA-008452 — J & L Vision Homes, Inc. v. Bluewater Septic Inc. and Laura Nunez
**Subject:** Request for Court Attention Regarding Bad-Faith Dissolution and Non-Payment of Final Judgment

Your Honor,

My name is **Jennifer Luna**, President of **J & L Vision Homes, Inc.** (Email: jluna@jlvisionhomes.com, Phone: 407-455-0340). I respectfully submit this letter to bring to the Court's attention the ongoing failure of the defendants, **Bluewater Septic Inc.** and **Mrs. Laura Nunez**, to comply with the **Final Judgment entered on February 9, 2024**, in favor of J & L Vision Homes, Inc., in the amount of **$200,372.85**.

Since the entry of that judgment, we have made every good-faith effort to collect the funds owed; however, the defendants have not fulfilled their legal responsibilities. Upon further review, I discovered that Bluewater Septic Inc. previously operated at **1418 Gerald Avenue, Lehigh Acres, FL 33972**. When the property was listed for sale, I recorded a lien to secure our legal interest. Shortly afterward, I found that the listing had been removed, which appears to have been done intentionally to avoid satisfying the judgment.

Additionally, I learned that **Bluewater Septic Inc. was dissolved on July 8, 2025**, with documentation falsely stating that the company had no outstanding debts. This is inaccurate, as there remains a valid and recorded Final Judgment owed to J & L Vision Homes, Inc. Such actions demonstrate **bad faith and intentional avoidance** of lawful financial obligations.

For these reasons, I respectfully request the Court's attention and appropriate action to protect our right to recover the judgment amount — including, if possible, measures to prevent the concealment or transfer of assets, and to ensure that the property in question remains subject to potential sale or enforcement.

Thank you, Your Honor, for your time, attention, and commitment to upholding justice in this matter.

Respectfully submitted,

**Jennifer Luna**
President, J & L Vision Homes, Inc.
Email: jluna@jlvisionhomes.com
Phone: 407-455-0340
Date: October 29, 2025